UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY LAWRENCE CALDWELL,

    Plaintiff,                                          No. 13-15283

v.                                                 District Judge Sean F. Cox
                                                     Magistrate Judge R. Steven Whalen

CITY OF SOUTHFIELD, ET AL.,

    Defendants.
_____/

## ORDER

    Plaintiff's motion to amend complaint [Doc. #19] is hereby GRANTED.

    Within 30 days of the date of this Order, Plaintiff shall file his amended complaint with this Court.

    IT IS SO ORDERED.

                                                                  s/ R. Steven Whalen
                                                                  R. STEVEN WHALEN
                                                                  UNITED STATES MAGISTRATE JUDGE

Date: April 24, 2014

I hereby certify that a copy of the foregoing document was sent to parties of record on April 24, 2014, electronically and/or by U.S. mail.

                                                                  s/Michael Williams
                                                                Case Manager for the
                                                                Honorable R. Steven Whalen